### Leon Carl White v. State.

#### No. 1749. Decided May 1, 1912.

**Aggravated Assault—Recognizance.**

Where the recognizance was not entered into until ten days after the adjournment of court, the appeal must be dismissed.

Appeal from the County Court of Dallas County at Law. Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of aggravated assault; penalty, one year confinement in the county jail.

The opinion states the case.

*Fannin & Underwood,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—Motion of the Assistant Attorney-General to dismiss the appeal must be sustained. The recognizance was not entered into until ten days after the adjournment of court. This was too late. This obligation must be entered into in term time and in open court.

The appeal is dismissed.

*Dismissed.*